## United States Bankruptcy Court
### Southern District of Ohio

In re  **Dallas R Hanna, Jr.**　　　　　　　　　　　　　Case No.  **2:15-bk-57876**
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter  **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**A & D**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  **January 20, 2016**　　　　　　　　　　/s/ Leann R. Deeter
　　　　　　　　　　　　　　　　　　　　　　　**Leann R. Deeter 0019910**
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　**Amourgis & Associates - Columbus**
　　　　　　　　　　　　　　　　　　　　　　　**4449 Easton Way**
　　　　　　　　　　　　　　　　　　　　　　　**Suite 200**
　　　　　　　　　　　　　　　　　　　　　　　**Columbus, OH 43219**
　　　　　　　　　　　　　　　　　　　　　　　**614-934-2000 Fax:614-987-2086**
　　　　　　　　　　　　　　　　　　　　　　　**bk_department@amourgis.com**

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Dallas R Hanna, Jr.** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO | |
| Case number | 2:15-bk-57876 | ■ Check if this is an amended filing |

# Official Form 106A/B
# Schedule A/B: Property                                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**5555 Oakmont Drive**
Street address, if available, or other description

**Columbus    OH    43232-0000**
City    State    ZIP Code

**Franklin**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Permanent Parcel No. 010 139397 Value based on Appraised value by JS & Associates**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **$112,100.00**
**Current value of the portion you own?**  **$56,050.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**   **$56,050.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Dallas R Hanna, Jr. | Case number *(if known)* | 2:15-bk-57876 |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make:  **Dodge**
        Model: **Ram**
        Year:  **2008**
        Approximate mileage: **111,000**
        Other information:

   **Who has an interest in the property?** Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
        (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $4,951.00 | $4,951.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>    **$4,951.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Misc. Household Goods and Furnishings | $1,200.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No

Debtor 1  **Dallas R Hanna, Jr.**      Case number *(if known)* **2:15-bk-57876**

■ Yes. Describe.....

| Misc. Clothes and Shoes | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................     **$1,400.00**

**Part 4:**   **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.............................................................................................................

         **Cash**     **$22.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................     Institution name:

    17.1.     **Checking Account at Huntington Bank, N.A.**     **$1,832.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:     % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

| Debtor 1 | Dallas R Hanna, Jr. | Case number *(if known)* | 2:15-bk-57876 |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | | Pension plan through JPMorgan Chase Bank, N.A. | $25,690.00 |
    | | 401(k) plan through JPMorgan Chase Bank, N.A. | $3,500.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No

| Debtor 1 | Dallas R Hanna, Jr. | Case number *(if known)* | 2:15-bk-57876 |
|---|---|---|---|

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term Life Insurance policy through employer | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................ | $31,044.00

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | $0.00

---

**Part 8:** List the Totals of Each Part of this Form

| 55. | Part 1: Total real estate, line 2 ................................................................................................ | | $56,050.00 |
|---|---|---|---|
| 56. | Part 2: Total vehicles, line 5 | $4,951.00 | |

Official Form 106A/B                           Schedule A/B: Property                                          page 5

| Debtor 1 | **Dallas R Hanna, Jr.** | | | Case number *(if known)* | **2:15-bk-57876** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 57. | **Part 3: Total personal and household items, line 15** | | **$1,400.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | | **$31,044.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | | **$37,395.00** | Copy personal property total | **$37,395.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | | **$93,445.00** |

of FRANKLIN County, Ohio, for valuable consideration paid, grant(s), with general warranty covenants, to DALLAS HANNA AND DEBORAH HANNA, HUSBAND AND WIFE

for their joint lives, remainder to the survivor of them, whose tax-mailing address is:
COUNTRYWIDE BANK FSB   PO BOX 660694 0694   DALLAS, TX 75266-0694

the following **REAL PROPERTY**:
Situated in the County of Franklin in the State of Ohio, And in the City of Columbus And bounded and described as follows:

Being Lot Number 61, Walnut Hill Park, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 36, Page 108, Recorder's Office, Franklin County, Ohio

PARCEL No. 010 139397
PROPERTY ADDRESS: 5555 OAKMONT DRIVE, COLUMBUS, OHIO 43232
Subject to taxes and assessments which are now or may hereafter become liens on said premises and except conditions and restrictions and easements, if any, contained in former deeds of record for said premises, subject to all of which this conveyance is made.

Prior Instrument Reference: OR 34347, PAGE F18       of the Deed Records of FRANKLIN       County, Ohio,
Grantor releases all rights of dower therein.
GISELA THOMAS WIFE OF THE GRANTOR, RELEASES ALL RIGHTS OF DOWER THEREIN.

Witness    hand(s) this 5TH day of SEPTEMBER 2007.

Signed and acknowledged in presence of:

Witness _____    RONALD G. THOMAS
Witness _____    GISELA THOMAS
Witness _____
Witness _____

State of OHIO          )
County of FRANKLIN     ) ss.

BE IT REMEMBERED, That on this 5TH day of SEPTEMBER 2007, before me, the subscriber, a Notary Public in and for said state, personally came RONALD G. THOMAS AND GISELA THOMAS

the Grantor(s) in the foregoing deed, and acknowledged the signing thereof to be THEIR voluntary act and deed.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year last aforesaid.

TERRY L. PARSONS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES OCTOBER 20, 2008
                                                   Notary Public

This Instrument was prepared by FORSYTHE, CAVEY & NEFF, CO., LPA

**NON-NEGOTIABLE — FOR REGISTRATION ONLY**
**STATE OF OHIO**
**MEMORANDUM TITLE**

ISSUING CNTY: FAIRFIELD
RESIDENT CNTY: FRANKLIN
NO.: 25 0184 7415
ISSUE DATE: 01/23/2014

IDENTIFICATION NUMBER: 1D7HU18N88S578527
YEAR: 2008  MAKE: DODG  MAKE DESCRIPTION: DODGE
COMMENTS:
PURCHASE PRICE: $21,023.00
BODY TYPE: TK  MODEL: SQ1  MODEL DESCRIPTION: RAM
TAX: $1,576.73
MILEAGE: 88,427
EVIDENCE: OH 2301841239
CONVERSION:
MLG BRAND: ACTUAL
BRAND(S):

552 VOA

LICENSE EXPIRES:
TRANSFER ISSUED:
TRUCK WT:
Registrar of Motor Vehicles

OWNER: DALLAS R. HANNA JR.
5555 OAKMONT DR
COLUMBUS, OH 43232

PREVIOUS OWNER: RICART FORD
4255 S HAMILTON RD
COLUMBUS, OH 43227-0000

25284654  ND002377

FIRST LIENHOLDER: JP MORGAN CHASE BANK NA
DATE OF LIEN: 01/23/2014
1111 POLARIS PARKWAY
COLUMBUS, OH 43240

WITNESS MY HAND AND OFFICIAL SEAL THIS 23rd DAY OF JANUARY, 2014

%119222779

JOSEPH T. CLARK
CLERK OF COURTS
G

BLA23
BLA23

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dallas R Hanna, Jr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO |
| Case number | **2:15-bk-57876** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Chase auto**<br>Creditor's Name<br><br>**Attn: National Bankruptcy Dept**<br>**Po Box 29505**<br>**Phoenix, AZ 85038**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **Opened 1/01/14 Last Active 9/08/15** | Describe the property that secures the claim:<br><br>**2008 Dodge Ram 111,000 miles**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) _____<br><br>Last 4 digits of account number **0634** | **$15,935.00** | **$4,951.00** | **$10,984.00** |
| **2.2** | **Green Tree Servicing**<br>Creditor's Name<br><br>**Attention: Bankruptcy Dept**<br>**Po Box 6154**<br>**Rapid City, SD 57709**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only | Describe the property that secures the claim:<br><br>**5555 Oakmont Drive Columbus, OH 43232  Franklin County Permanent Parcel No. 010 139397 Value based on Appraised value by JS & Associates**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien) | **$109,246.00** | **$112,100.00** | **$0.00** |

| Official Form 106D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 2 |
|---|---|---|
| Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor 1 | Dallas R Hanna, Jr. | | Case number (if know) | 2:15-bk-57876 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

| Date debt was incurred | Opened 9/01/07 Last Active 9/30/15 | Last 4 digits of account number | 7098 |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $125,181.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $125,181.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address
  **-NONE-**

On which line in Part 1 did you enter the creditor?

Last 4 digits of account number